RECEIVED IN CLERK'S OFFICE
U.S.D.C.
JUL 2011
JAMES N. HATTEN, Clerk
By:

**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**JAMES MASON**

**PLAINTIFF**

**Vs.** **CASE NO:** 1:11-CV-2155

**AMERICAN HOME MORTGAGE SERVICING INC ALSO KNOWN AS AHMSI**
**DEFENDANT**

Complaint For Damages With Supplemental Jurisdiction

and Stay of all State Court Claims Pursuant 28 U.S.C 1367

COMES NOW ,JAMES MASON_______________ (Plaintiff) in the above styled action and AMERICAN HOME MORTGAGE SERVICING INC(Defendant)

COMES NOW ,JAMES MASON AS ABOVE STATED WITH THE FOLLOWING COMPLAINT FOR DAMAGES AND AHMSI AS DEFENDANT. THIS COMPLAINT FOR DAMAGES IS SET FORTH ON THE FOLLOWING GROUNDS WITH; STATEMENT OF SUPPLEMENTAL OF JURISDICTION :STATEMENT OF FEDERAL JURIDICTION AND APPLICATION OF LAW:

BILL AT LAW:(COMPLAINT)

1.

The Defendant has failed to validated the debt as required by Fair Debts

Collection Practice Act 809B that reads as follow:
FAIR DEBTS COLLECTIONS PRACTICES ACT 809B

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector **shall cease collection of the debt**, or any disputed portion thereof, until debt collector obtains verification of the debt.

*2.*

*The Constitution, and the Laws of the United States which shall be made in*

*Pursuance thereof, and all Treaties made, or which shall be made, under the*

*Authority of the United States, shall be the* ***supreme Law of the Land;*** *and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding.*

*In Edarv.Mite Corporation. 457 U.S. 624 (1982), the Supreme Court ruled: "A ruling or state statutw is void to the extent that it actually conflicts with valid federal statute,`."*

*In a similar opinion, Stone v. City and County of San Francisco (968 F.2d 850.862(9th Cir. 1992), the court held on the issue of injunction and remediation, "otherwise valid* ***state laws or court orders cannot*** *stand in the way of federal courts remedial scheme if the action is esstential to enforce the scheme."*

*3*

*The Respondent did violate Fair Debts Collection Practices Act 809B: and having a legal duty to* ***cease and desist*** *from conducting and foreclosure proceedings pursuant to O.C.G.A. 51-1-6.*

*DIVERSITY JURIDICTION*

*(4)As set forth below this Court has diversity of citizenship juridiction over this matter pur-*
*suant to28 U.S.C.1332(a)because the alleged cause of action brought by Plaintiff against Defendant is suit between citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest andcost.*
*(5)Complete diversity of citizenship exists between plaintiff and defendants in accordance with 28 U.S.C.1441(b):*
*a.Plaintiffs appear to be a citizen of the State of Georgia for purpose of determining diversity of citizen pursuant to 28 U.S.C.1332.*
*b. Pursuant to28 u. s.c. 1332(c) is a citizen of the State of*
*GEORGIA*
*Georgia was the place and time of the commencement of this action DEFENDANT was a corporation with its principle place of business in the state of TEXAS.*
*c.Pursuant to 28 U.S.C.1332(c)AHMSI is the mortgage holder*
*of JAMES MASON.*
*(6)Plaintiff Complaint includes a demand that the Court "dimiss" the debt owed by plaintiff.*
*to Defendants . See Complaint at upon information and belief,the debt referred to by plaintiff and thus the amount put in the controversy in this case to by Plaintiff and thru the amount put in the controversy in this case exceeds $75,000.00.See Exhibit C*

*(promissory note signed by plaintiff s in favor of AHMSI in the amount of $the 725,366.03). Therefore ,the case meets juridictional requirements of 28 U.S.C.1332(a).*

*FEDERAL QUESTION JURIDICTION*

*7.The Court also has jurisdiction over this case pursuant to 28 U.S.C.1332 because Plaintiffs Complaint plainly implicates questions of federal law.*

*8..Plaintiff Complaints Specially invokes the FAIR DEBT COLLECTION PRACTICE ACT*
*809B.*

*SUPPLEMENTAL JURISDICTION*

*9.Thus a Federal question of law appears on the face the Plaintiffs complaint, and the jurisdiction is proper, SMITH V. GTE CORP .236F. 3D1292 1310(11th cir. 2001)*

*10.This Court has supplemental and pendent jurisdiction over all state claims asserted in Plaintiffs Complaint pursantto 28 U.S.C.1367 and1441.*

*WHEREFORE PLAINTIFF DEMANDS THE FOLLOWING REFIEF;*

*This honorable Court Stay all foreclosure proceedings.*

*This Court all relief this Court deems just and proper.*

***VERIFICATION***
***(AFFIDAVIT)***

*The undersigned Affiant _JAMES MASON________________________by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that **I do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of _____ knowledge.*

[signature]

*Petitioner JAMES MASON*

*Pro se*

**CERTIFICATE OF SERVICE**

I, The undersigned counsel, do hereby certify that I have this day served a true and correct copy of the motion and foregoing via fax and by

States Mail, postage prepaid, addressed as follows:

ALDRIDGE CONNONS,LLP
780 JOHNSON FERRY ROAD NE
SUITE 600 ATLANTA GA 30342

THIS__1_day of JULY, 2011

By: [signature]

**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**JAMES MASON**

**PLAINTIFF** ) ) ) ) ) ) ) **CASE NO.** 1:11-CV-2155

**Vs.**

**AMERICAN HOME MORTGAGE SERVICING INC ALSO KNOWN ASAHMSI**

**Defendant** ) ) ) ) )

**NOTICE OF LIS PENDENS**

NOTICE IS HERE BT GIVEN ot the pending Litigation in the U.S. District Court with the above case#____________________________.

This Notice shall serve as a legal impediment to foreclosure sale pursuant to 12 U.SC 3752(1).

The relief sought by the plaintiff is the cancelation of the Security Deed

**LEGAL DESCRIPTION ATTACHED HERETO**

________________________________
DEFENDANT

5106 CRESCENT COVE LNE
MABLETON GA 30126